**HONG, et al v. SCUBAPRO AND SPORTS INDUSTRIES, Inc., et al.**
No. 74 2040 CA (L).
Circuit Court, Palm Beach County.
December 2, 1975.

Howell, Kirby, Montgomery, D'Aiuto & Dean, West Palm Beach, for the plaintiffs.

L. Martin Flanagan West Palm Beach, for the defendants Scubapro and Sports Industries, Inc. and Foremost Insurance Co.

Michael B. Davis, West Palm Beach, for the defendant American Machine & Foundry Co.

Monroe A. Coogler, Jr., West Palm Beach, for the defendant Boca Marine, Inc.

Carlton, Brennan, McAliley, Albury & Hayskar, West Palm Beach, for the defendant Chicago Insurance Co.

CULVER SMITH, Circuit Judge.

*Order granting severance:* This cause came on to be heard upon the motion by Chicago Insurance Company to sever said carrier from the main action and it appearing to the court that said carrier is excess in nature and its coverage does not come into play until the base coverage is exhausted, it is ordered and adjudged that said motion be and the same is hereby granted and Chicago Insurance Company is severed from the main action.